**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JOSE SANTOS MENDEZ, | No. 07-72959 |
| Petitioner, | Agency No. A029-288-435 |
| v. | |
| ERIC H. HOLDER Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted November 17, 2009[**]

Before:     ALARCÓN, TROTT, and TASHIMA, Circuit Judges.

Jose Santos Mendez, a native and citizen of El Salvador, petitions pro se for review of the Board of Immigration Appeals' order dismissing his appeal from an immigration judge's decision denying his request for voluntary departure.

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously finds this case suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

JLA/Research

We lack jurisdiction to review a discretionary decision to deny petitioner's request for voluntary departure, *see* 8 U.S.C. § 1229c(f); 8 U.S.C. § 1252(a)(2)(B)(i), and dismiss the petition for review.

**PETITION FOR REVIEW DISMISSED.**